BEFORE THE FIRST DIVISION, AUGUST 13, 1940

No. 44197.—Protest 553450–G of Feltex Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was sustained accordingly.